## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| **MARIE BURCH, ET AL.** | **CIVIL ACTION NO. 08-1615** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **ST. JUDE MEDICAL, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

### RULING

Pending before the Court is a Stipulation of Dismissal With Prejudice of Certain Defendants and to Amend Case Caption. [Doc. No. 10].

The parties have agreed to dismiss with prejudice the claims against "St. Jude Medical, formerly known as Daig Corporation; Tyco International, Inc.; Kensey-Nash Corporation; Wyeth, formerly known as American Home Products Corporation; and Tyco Healthcare Group LP, formerly known as Kendall Company." [Doc. No. 10, ¶3].

The parties have also stipulated that "the proper party Defendant, is and was St. Jude Medical, Cardiology Division, Inc. d/b/a St. Jude Medical Cardiovascular Division, a wholly owned subsidiary of St. Jude Medical, Inc." [Doc. No. 10, ¶1]. The Court construes this stipulation as a motion to amend the complaint to add the aforementioned party as a defendant in this matter, which is GRANTED.

MONROE, LOUISIANA, this 6th day of April, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE